WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR16-050128-001-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Natalia Marie Apodaca, Defendant. | |

The defendant appeared in court with counsel. The defendant's probable cause hearing and detention hearing were held on the record. The Court finds probable cause to believe the defendant violated the terms of her supervised release as alleged in the petition. The Court further finds, pursuant to Rule 32.1(a)(6), that defendant has failed to show by clear and convincing evidence that she is not a flight risk or a danger.

IT IS HEREBY ORDERED that the defendant shall be bound over for further proceedings on the petition to revoke her supervised release.

IT IS FURTHER ORDERED that the defendant is detained as flight risk and danger, pending further revocation proceedings.

Dated this 9th day of November, 2016.

Honorable Deborah M. Fine
United States Magistrate Judge